COOLEY LLP
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
RYAN STEVENS (306409)
(rstevens@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

TIANA DEMAS
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

Attorneys for Defendant Roblox Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | **Joint Stipulation and [Proposed] Order Staying Case**<br><br>Case No. 4:25-cv-03520-YGR |
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 3:25-cv-04329-RFL |

| | |
|---|---|
| JOHN DOE, as next friend of minor plaintiff, JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>　　　　　Defendants. | Case No. 3:25-cv-05753-JSC |
| JANE DOE R.M, a minor represented by her guardian and next friend, JANE DOE Z.O.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>　　　　　Defendants. | Case No. 3:25-cv-06087-RFL |
| JANE DOE S.G., as guardian and next friend of minor plaintiff, JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION and DISCORD, INC.,<br><br>　　　　　Defendants. | Case No. 3:25-cv-06812-SI |
| JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:25-cv-06886-VC |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| JANE DOE A.L., et al.,<br><br>   Plaintiff,<br><br> v.<br><br>ROBLOX CORPORATION,<br><br>   Defendant. | Case No. 4:25-cv-07676-JST |
| JANE DOE GS 1, a minor by and through her parent, PARENT GS 1,<br><br>   Plaintiff,<br><br> v.<br><br>ROBLOX CORPORATION and META PLATFORMS, INC.,<br><br>   Defendants. | Case No. 3:25-cv-07143-AMO |
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>   Plaintiff,<br><br> v.<br><br>ROBLOX CORPORATION; SNAP INC.; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 3:25-cv-07174-AMO |
| JANE DOE I.V., as guardian and next friend of minor plaintiff, JANE DOE G.K.,<br><br>   Plaintiff,<br><br> v.<br><br>ROBLOX CORPORATION,<br><br>   Defendant. | Case No. 3:25-cv-07192-RFL |

| | |
|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE, <br><br>  Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD INC., <br><br>  Defendants. | Case No. 3:25-cv-07291-RFL |
| JANE DOE B.E., as guardian and next friend of minor plaintiff, JANE DOE Z.P., <br><br>  Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br>  Defendant. | Case No. 3:25-cv-07393-MMC |
| JANE DOE M.J., as guardian and next friend of minor plaintiff, JANE DOE T.J., <br><br>  Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD INC., <br><br>  Defendants. | Case No. 3:25-cv-07486-VC |
| MARY DOE, as next friend of minor plaintiff, JANE DOE, <br><br>  Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD INC., <br><br>  Defendants. | Case No. 3:25-cv-07686-RS |

| | |
|---|---|
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 3:25-cv-07852-TSH |
| JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>    Defendants. | Case No. 3:25-cv-07859-TSH |
| JANE DOE K.R., as guardian and next friend of minor plaintiff, JANE DOE M.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION,<br><br>    Defendant. | Case No. 3:25-cv-07889-SK |
| JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-07899 |

| | |
|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION and SNAP INC.,<br><br>    Defendants. | Case No. 3:25-cv-07909-LB |
| M.S., individually and as the parent and next friend of minor, H.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; DISCORD INC.,<br><br>    Defendant. | Case No. 3:25-cv-07925-AGT |
| JANE DOE H.C., as guardian and next friend of minor plaintiff, JANE DOE H.A.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>    Defendants. | Case No. 3:25-cv-08076-AGT |

**STIPULATION**

Plaintiffs and Defendants in the above-captioned actions (collectively, the "N.D. California Actions"), by and through their respective counsel of record (collectively, "the Parties"), pursuant to Civil Local Rules 6-2 and 7-12, hereby stipulate as follows:

WHEREAS, on September 8, 2025, plaintiffs in the below-listed cases pending before the Northern District of California filed an omnibus motion (the "Relation Motion") to relate the below-listed cases (collectively, the "Relation Motion Cases"):

- 4:25-cv-03520-YGR
- 3:25-cv-04329-RFL
- 3:25-cv-05753-JSC
- 3:25-cv-06087-RFL
- 3:25-cv-06812-SI
- 3:25-cv-06886-VC
- 3:25-cv-07143-AMO
- 3:25-cv-07174-SK
- 3:25-cv-07192-JCS
- 3:25-cv-07291-RFL
- 3:25-cv-07393-MMC
- 3:25-cv-07486-VC

WHEREAS, Defendants anticipate filing Motions to Compel Arbitration and/or Motions to Dismiss the Complaints in the N.D. California Actions;

WHEREAS, on September 4, 2025, Judge Yvonne Gonzalez Rogers held a conference with the parties to the above-listed cases, and encouraged the Parties to enter stipulations to stay all deadlines in the Relation Motion Cases, including this case, pending resolution of the then-anticipated Relation Motion;

WHEREAS, on September 18, 2025, a motion for transfer with the Judicial Panel of Multi-District Litigation (the "JPML Motion") was filed requesting transfer and consolidation into multi-district litigation the N.D. California Actions, among other federal cases;

WHEREAS, the Parties agree to stay all deadlines in the N.D. California Actions, including this case, pending resolution of both the Relation Motion and JPML Motion;

WHEREAS, Judge Yvonne Gonzalez Rogers indicated, and the Parties agree, that this stipulation in no way waives or alters Defendants' rights to move to compel arbitration;

WHEREAS, the Parties also agree that this stipulation in no way waives or alters Defendants' rights to otherwise respond to the Complaints, to oppose the Relation Motion, or to oppose the JPML Motion or any other motion filed before the Judicial Panel on Multi-District Litigation on any basis;

WHEREAS, each Plaintiff in the N.D. California Actions agrees to promptly provide Defendants, within two days of entry of this stipulation, with the below items to the extent applicable to each particular Plaintiff, so that Defendants can investigate the claims, evaluate arbitration rights, and use this information to preserve relevant evidence:

- The Roblox username(s) associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify the username(s), other information sufficient to identify the Roblox account(s) Plaintiff allegedly used in connection with the allegations in this litigation; and

- The Discord ID(s) and Discord username(s) associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify the ID(s) and username(s), the email address(es) and phone number(s) associated with any Discord account(s) Plaintiff allegedly used in connection with the allegations in this litigation; and

- The Instagram username(s) associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify the username(s), other information sufficient to identify the Instagram account(s) Plaintiff allegedly used in connection with the allegations in this litigation; and

- The Snapchat username(s) associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify the username(s), other information sufficient to identify the Snapchat account(s) Plaintiff

allegedly used in connection with the allegations in this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the Parties, as follows:

- All proceedings in each of the N.D. California Actions are stayed pending resolution of both the Relation Motion and JPML Motion, and all deadlines and hearings in each of the N.D. California Actions are vacated.
- Each Plaintiff will provide the information identified above by the date indicated.
- In the event that the Relation Motion and JPML Motion are both denied, the Parties will promptly meet and confer about new case deadlines, including for Defendants' response to the Complaint, and file a Joint Status Report within 30 days of the decision on the JPML Motion to propose those deadlines or, alternatively, request a conference before the Court to set such deadlines.

**IT IS SO STIPULATED.**

Dated: October 1, 2025                COOLEY LLP

By: */s/ Max A. Bernstein*
    Max A. Bernstein

Attorneys for Defendant
ROBLOX CORPORATION

Dated: October 1, 2025                DOLMAN LAW GROUP

By: */s/ Sara D. Beller*
    Sara D. Beller

Attorneys for Plaintiffs

| | |
|---|---|
| Dated: October 1, 2025 | ANAPOL WEISS |
| | By: */s/ Alexandra M. Walsh* |
| | Alexandra M. Walsh |
| | Attorneys for Plaintiffs |
| Dated: October 1, 2025 | WAGSTAFF & CARTMELL, LLP |
| | By: */s/ J. Kirk Goza* |
| | J. Kirk Goza |
| | Attorneys for Plaintiffs |
| Dated: October 1, 2025 | WEITZ & LUXENBERG PC |
| | By: */s/ Devin Lynn Bolton* |
| | Devin Lynn Bolton |
| | Attorneys for Plaintiffs |
| Dated: October 1, 2025 | GIRARD SHARP |
| | By: */s/ Sarah R. London* |
| | Sarah R. London |
| | Attorneys for Plaintiffs |
| Dated: October 1, 2025 | DAVIS WRIGHT TREMAINE LLP |
| | By: */s/ Adam S. Sieff* |
| | Adam S. Sieff |
| | Attorneys for Defendant DISCORD, INC. |
| Dated: October 1, 2025 | COVINGTON & BURLING LLP |
| | By: */s/ Ashley M. Simonsen* |
| | Ashley M. Simonsen |
| | Attorneys for Defendant META PLATFORMS, INC. |

1 | Dated: October 1, 2025

O'MELVENY & MYERS LLP

By: */s/ Leah Godesky*
   Leah Godesky

Attorneys for Defendant
SNAP, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Max A. Bernstein, attest that concurrence in the filing of this document has been obtained from all other signatories.  Executed on October 1, 2025, in San Francisco, California.

                                      */s/ Max A. Bernstein*
                                      Max A. Bernstein

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October ____, 2025

_____
United States District Court Judge

325103739 v1